IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM GORMAN,                )
                               )
            Plaintiff,         )
                               )  No. 6:12-cv-1124-TC
     v.                        )
                               )  ORDER
OREGON ATTORNEY GENERAL JOHN R.)
KROGER, et al.,                )
                               )
            Defendants.        )
_____)

AIKEN, Chief Judge:

   Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on October 1, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell

1        - ORDER

<u>Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Plaintiff has filed objections. I have given de novo review of Magistrate Judge Coffin's ruling. Judge Coffin recommends dismissal of this matter because plaintiff seeks injunctive relief ordering defendants to take actions already taken. Moreover, Judge Coffin previously noted why plaintiff's possible claims for money damages were insufficient under the Eleventh Amendment and for failure to state any cognizable claims against non-state actors. Accordingly, I adopt Magistrate Judge Coffin's Findings and Recommendation filed October 1, 2012, dismissing this matter.

## CONCLUSION

I adopt Magistrate Judge Coffin's Findings and Recommendation(#9) filed October 1, 2012. This matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 2nd day of November, 2012.

_____
ANN AIKEN
UNITED STATES DISTRICT JUDGE

2       - ORDER